JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, Local 121RN, A Labor organization,<br><br>Petitioner,<br><br>vs.<br><br>LOS ROBLES REGIONAL MEDICAL CENTER, d/b/a LOS ROBLES HOSPITAL & MEDICAL CENTER, a California Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Respondents. | Case No. 2:23-cv-04243-DSF-SK<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  Pursuant to the Parties' Stipulation for Dismissal of Entire Action with Prejudice
2  and good cause appearing therefore, IT IS HEREBY ORDERED THAT the entire action
3  is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

5  DATED: September 1, 2023

*/s/ Dale S. Fischer*

Honorable Dale S. Fischer
United States District Judge